```
BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CLINTON EARL IRONS,<br><br>　　　　Defendants. | ) CR. S-09-0054 WBS<br>)<br>)<br>) STIPULATION AND [~~PROPOSED~~]<br>) ORDER CONTINUING STATUS<br>) CONFERENCE<br>)<br>) Time: 9:00 am<br>) Date: Monday, December 21, 2009<br>) Court: Hon. William B. Shubb |

　　　Defendant Clinton Earl Irons, by and through his attorney, and the government, by and through the undersigned Assistant United States Attorney, request that the status conference currently start for Monday, December 21, 2009, at 8:30 a.m., be continued to Monday, February 1, 2009, at 8:30 a.m., and stipulate that the time from December 21, 2009, and extending through February 1, 2010, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

　　　Defense counsel is currently in trial on another matter and has been unable to review discovery with his client and adequately prepare.  Accordingly, the parties believe that the

1

1  continuance should be excluded from the calculation of time under
2  the Speedy Trial Act.  The additional time is necessary to ensure
3  effective preparation, taking into account the exercise of due
4  diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The
5  interests of justice served by granting this continuance outweigh
6  the best interests of the public and the defendant in a speedy
7  trial.  18 U.S.C. § 3161(h)(7)(A).

                                                     Respectfully Submitted,

                                                     BENJAMIN B. WAGNER
                                                     United States Attorney

DATED: December 17, 2009       By:   /s/ Kyle Reardon
                                                 KYLE REARDON
                                                 Assistant U.S. Attorney

DATED: December 17, 2009       By:   /s/ Kyle Reardon for
                                                 TOM JOHNSON
                                                 Attorney for Defendant
                                                 Clinton Earl Irons

**ORDER**

The status conference for defendant Clinton Earl Irons in case number 2:09-CR-0054 WBS, currently set for December 21, 2009, at 8:30 a.m., is continued to Monday, February 1, 2010, at 8:30 a.m., and the time beginning December 21, 2009, and extending through February 1, 2010, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

IT IS SO ORDERED.

DATED:   December 18, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE